# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

LLOYD WHITE,

    Plaintiff,

v.

KEE NGUYEN,

    Defendant.

Case No. EDCV 16-1784-CAS (JEM)

ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE

Pursuant to 28 U.S.C. Section 636, the Court has reviewed the pleadings, the records on file, and the Report and Recommendation of the United States Magistrate Judge. Plaintiff has filed Objections, and the Court has engaged in a de novo review of those portions of the Report and Recommendation to which Plaintiff has objected. The Court accepts the findings and recommendations of the Magistrate Judge.

IT IS ORDERED that Defendant's Motion to Dismiss is granted as follows:

1. Plaintiff's Complaint is dismissed with prejudice for lack of subject matter jurisdiction under the Rooker-Feldman doctrine.

2. Plaintiff's Eighth Amendment claim is dismissed with prejudice as untimely.

3. Plaintiff's Fourteenth Amendment claims are dismissed with prejudice for failure to state a claim upon which relief can be granted.

IT IS FURTHER ORDERED that Judgment shall be entered dismissing the action with prejudice.

DATED: December 4, 2017

_____
CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE