UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

LLOYD WHITE,

        Plaintiff,

v.

KEE NGUYEN,

        Defendant.

Case No. EDCV 16-1784-CAS (JEM)

**J U D G M E N T**

In accordance with the Order Accepting Findings and Recommendations of United States Magistrate Judge filed concurrently herewith,

IT IS HEREBY ADJUDGED that the action is dismissed with prejudice.

DATED: December 4, 2017

CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE